■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT JONES, Appellant. [740 NYS2d 242] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered March 8, 2000, convicting him of criminal possession of a weapon in the third degree and reckless endangerment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his waiver of the right to a

jury trial was inadequate is not preserved for appellate review (*see* CPL 470.05 [2]; *People v Magnano,* 77 NY2d 941, *affg* 158 AD2d 979, *cert denied* 502 US 864; *People v Ospina,* 192 AD2d 680, 681). In any event, the written waiver executed by the defendant and the statements on the record adequately demonstrate that the jury waiver was valid (*see People v Perry,* 276 AD2d 808; *People v Wheeler,* 258 AD2d 542; *People v Ospina, supra* at 681; *see also People v Terrell,* 277 AD2d 931). Ritter, J.P., Smith, Friedmann and Cozier, JJ., concur.